IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 12-1921 |
| ) | |
| vs. ) | |
| ) | |
| ABLE SAAVEDRA, ) | |
| ) | |
| Defendant. ) | |

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
FOR CUSTODY OF DEFENDANT UNTIL COMPLETION OF FEDERAL CASE

Upon the motion of the United States Attorney for a Writ of Habeas Corpus ad Prosequendum directed to the Sheriff or Warden of the Metropolitan Detention Center, Albuquerque, New Mexico, it is

ORDERED that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Prosequendum directing the Sheriff or Warden of Metropolitan Detention Center to surrender ABLE SAAVEDRA, Inmate #484011, to the United States Marshal for the District of New Mexico or his representative in order that ABLE SAAVEDRA may be taken to the United States Courthouse for the District of New Mexico for prosecution in the above-captioned case before the Honorable United States Magistrate Judge Lorenzo F. Garcia on Thursday, August 22, 2012, at 9:30 a.m.

ABLE SAAVEDRA is to remain in the custody of the United States Marshal or his authorized representative until the federal prosecution is complete, unless otherwise ordered.

*Lorenzo F. Garcia*
United States Magistrate Judge